

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 11:14:44 AM
CHRISTOPHER A. PRINE
Clerk

# John D. Kinard

**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

November 13, 2015

First Court of Appeals
Christopher A Prine Clerk of Court
301 Fannin 2nd floor
Houston TX 77002-2066

## NOTICE OF ASSIGNMENT ON APPEAL

IN RE: Cause No**. 15-CV-0627,** Styled **TriState CareFlight, L.L.C. vs. Lyn Hailey-** Filed in **10th District Court** of Galveston County, Texas

Dear Clerk:

Please find enclosed a copy of the notice of appeal filed in the above case. This case is assigned to the **1st** Court of Appeals, Houston, Texas.

Please note the following information:
**Date of Appealable Order or Judgment: October 15, 2015**
**Notice of Appeal: November 13, 2015**
**Motion for New Trial filed: none filed**
**Request for Finding of Facts and Conclusions of Law filed: none filed**
**Trial Judge: Kerry Neves**
**Court Reporter: Gail Jalufka**

Request is hereby made that all parties immediately file any designation of material to be included in the Clerk's record. Any Motions for Extension of Time to file the record on appeal must be filed directly with the Court of Appeals A copy of this assignment letter is being mailed to all counsel of record. Please file mark the additional copy of this letter and return the same to my office.

Sincerely,

**John D. Kinard**
 **District Clerk**
**Galveston County, Texas**

By: /s/   Linda Scott**,** Deputy

*600 59th Street, Room 4001, Galveston County Justice Center, Galveston, Texas 77551-2388*
*Phone (409) 766-2424 Fax (409) 766-2292*

Copy sent to

Lyn Hailey, Pro Se
PO Box 1766
2730 Gillespie
Crystal Beach, Tx  77650

Kristine E. McKitrick
Attorney for TriState CareFlight, L.L.C.
The Fuentes Firm
6046 FM 2920 #426
Spring TX  77379

Gail Jalufka, Court Reporter
**HAND DELIVERED**

15-CV-0627
DCNOA
Notice of Appeal
1130820

CAUSE NO. 15-CV-0627

TRISTATE CARE FLIGHT L.L.C.          ) IN THE DISTRICT COURT OF
                                     )
                  Plaintiff,         ) GALVESTON COUNTY, TEXAS
                                     )
vs.                                  ) 10TH JUDICIAL DISTRICT
                                     )
LYN HAILEY                           )
                                     )
                  Defendant          )
                                     )

## NOTICE OF APPEAL

This Notice of Appeal is filed by Lyn Hailey, Appellant, a party to this proceeding who seeks to alter the trial court's ORDER ON FINAL SUMMARY JUDGEMENT.

1. Trial court: DISTRCT COURT OF GALVESTON COUNTY TEXAS

   10TH JUDICIAL DISTRICT.

   CAUSE NO.  15-CV-0627

   TRISTATE CARE FLIGHT L.L.C. VS. LYN HAILEY

2. The ORDER ON FINAL SUMMARY JUDGEMENT was signed October 15, 2015.

3. Lyn Hailey desires to appeal all portions of the judgement.

4. This appeal is being taken to the COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS AT HOUSTON.

5. This notice of appeal is being filed by Lyn Hailey.

Respectfully submitted,

Lyn Hailey
PO BOX 1766
2730 Gillespie
Crystal Beach Tx. 77650
(409) 939-3842

11/10/2015          by: 33H

$40.00

- 1

Hand delivered  IL-13-15